UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN O'SHEA,<br><br>    Plaintiff,<br><br>v.<br><br>NEAL I. TANIGUCHI,<br><br>    Defendant. | Case No. 23-cv-02616-TLT<br><br>**ORDER OF DISMISSAL** |

On August 23, 2023, the Court denied plaintiff's motion to proceed *in forma pauperis* (IFP) and directed plaintiff to pay the full filing fee within 14 days or the case would be dismissed without prejudice. ECF 5. That deadline has passed, and plaintiff has not paid the full filing fee. This action is therefore DISMISSED without prejudice to plaintiff filing a motion to reopen the case upon paying the full filing fee. The clerk shall terminate all pending motions, enter judgment for defendant, and close the file.

**IT IS SO ORDERED.**

Dated: September 28, 2023

_____
TRINA L. THOMPSON
United States District Judge